IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS PENSION, WELFARE, AND ANNUITY FUND,** | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) )  Case No.  04-768-GPM ) |
| **CONSTRUCTION SERVICES 2000 INC.,** | ) ) ) |
| Defendant(s). | ) ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **CENTRAL LABORERS PENSION, WELFARE, AND ANNUITY FUND,** and Defendant, **CONSTRUCTION SERVICES 2000, INC.,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed September 22, 2005, each party to bear their own costs.

Dated: January 12, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
         Deputy Clerk

Approved by:

  s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**